**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 28179 |
| Jamie Kashirsky and ) | |
| Mark Kashirsky ) | HONORABLE LaShonda A Hunt |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

**NOTICE OF MOTION**

TO:   Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532;

PennyMac Loan Services, LLC, represented by Toni Townsend, McCalla Raymer Leibert Pierce, LLC, One North Dearborn, Suite 1300, Suite 1200, Chicago, IL 60602;

Hampton Glen Master Operating Association, Inc., represented by Ronald J. Kapustka Kovitz Shifrin Nesbit, 175 N. Archer Avenue, Mundelein, IL 60060;

See the attached Service List.

Please take notice that on July 15, 2022, at 10:15 a.m., I shall appear telephonically before the Honorable LaShonda A Hunt, or any judge sitting in that judge's place, and present the motion to authorize, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

Meeting ID and passcode. The meeting ID for this hearing is 161 165 5696 and the passcode is 7490911. Additional information can be found on Judge Hunt's webpage on the court's website: https://www.ilnb.uscourts.gov/content/judge-lashonda-hunt.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on July 1, 2022.

*/s/ Michael Spangler*
Attorney for Debtor

The Semrad Law Firm, LLC
10 N Martingale Rd Suite 400
Schaumburg, IL 60173
(312) 913-0625

```
Label Matrix for local noticing        Ally Bank, c/o AIS Portfolio Services, LP    PRA Receivables Management LLC
0752-1                                 4515 N Santa Fe Ave. Dept. APS               POB 41067
Case 18-28179                          Oklahoma City, OK 73118-7901                 Norfolk, VA 23541-1067
Northern District of Illinois
Eastern Division
Thu Jun 30 14:37:08 CDT 2022

PRA Receivables Management, LLC        U.S. Bankruptcy Court                        ACCEPTANCE NOW
PO Box 41021                           Eastern Division                             5501 Headquarters Dr
Norfolk, VA 23541-1021                 219 S Dearborn                               ATTN: Acceptance Now Customer Service
                                       7th Floor                                    Plano, TX 75024-5837
                                       Chicago, IL 60604-1702

ALLY FINCL                             ALPHERA FINANCIAL SERV                       ATLANTIC CRD
200 Renaissance Ctr                    5550 BRITTON PKWY                            P O BOX 13386
Detroit, MI 48243-1300                 HILLIARD, OH 43026-7456                      ROANOKE, VA 24033-3386


Ally Bank                              Ally Bank                                    BANK OF THE WEST
AIS Portfolio Services, LP             PO Box 130424                                2527 CAMINO RAMON
4515 N Santa Fe Ave. Dept. APS         Roseville, MN 55113-0004                     SAN RAMON, CA 94583-4213
Oklahoma City, OK 73118-7901


(p)BMO HARRIS BANK N A                 Brandon S. Lefkowitz                         CAPITALONE
PO BOX 2035                            29777 Telegraph Rd                           c/o Pollack & Rosen, P.C
MILWAUKEE WI 53201-2035                Suite 2440                                   1825 Barrett Lakes Blvd Suite 510
                                       Southfield, MI 48034-7667                   Kennesaw, GA 30144-7519


CBNA                                   (p)FIRST NATIONAL BANK                       CELTIC BANK/CONTFINCO
Po Box 6497                            ATTN BANKRUPTCY                              4450 NEW LINDEN HILL RD
Sioux Falls, SD 57117-6497             1500 S HIGHLINE AVE                          WILMINGTON, DE 19808
                                       SIOUX FALLS SD 57110-1003


CITI                                   COMENITYBANK/VICTORIA                        COMENITYCB/ZALES
P.O. BOX 9001037                       220 W SCHROCK RD                             PO BOX 182120
Louisville, KY 40290-1037              WESTERVILLE, OH 43081-2873                   COLUMBUS, OH 43218-2120


CREDIT ONE BANK NA                     Capital One, N.A.                            Capital One, N.A.
PO BOX 98875                           PO Box 71083                                 c/o Becket and Lee LLP
LAS VEGAS, NV 89193-8875               Charlotte, NC  28272-1083                    PO Box 3001
                                                                                    Malvern PA 19355-0701


Credit Box                             CreditBox.com, L.L.C.                        FIRST PREMIER BANK
P.O. Box 168                           P.O. Box 2447                                c/o Jefferson Capital Systems LLC PO Box
Des Plaines, IL 60016-0003             Des Plaines, IL 60017-2447                   c/o Linda Dold
                                                                                    Saint Cloud, MN 56302


(p)FIRST NATIONAL BANK OF OMAHA        FORD CRED                                    (p)FIRST FINANCIAL ASSET MANAGEMENT  INC
1620 DODGE ST                          PO BOX BOX 542000                            ATTN DONNA BOYD
STOP CODE 3129                         OMAHA, NE 68154-8000                         3091 GOVERNORS LAKE DRIVE SUITE 500
OMAHA NE 68102-1593                                                                 PEACHTREE CORNERS GA 30071-1135
```

```
Freedom Cash Lenders                Hampton Glen Master Operating Association, I   Hampton Glen Master Operating Association, I
Po Box 637                          7370 N. Lincoln Ave Suite A                    c/o Kovitz Shifrin Nesbit
Lakeport, CA 95453-0637             Lincolnwood, IL 60712-1705                     175 North Archer Avenue
                                                                                   Mundelein, IL 60060-2301


ICS, Inc                            Illinois Tollway                               Inbox Loan
PO Box 1010                         PO Box 5544                                    P.O. Box 881
Tinley Park, IL 60477-9110          Chicago, IL 60680-5491                         Santa Rosa, CA 95402-0881


(p)JD RECEIVABLES LLC               KOHLS/CAPONE                                   LENDUP CARD SERVICES I
PO BOX 382656                       PO BOX 3115                                    225 BUSH ST STE 1100
GERMANTOWN TN 38183-2656            MILWAUKEE, WI 53201-3115                       SAN FRANCISCO, CA 94104-4250


LVNV Funding, LLC                   Lend UP                                        (p)M&T BANK
Resurgent Capital Services          237 Kearny  # #372                             LEGAL DOCUMENT PROCESSING
PO Box 10587                        San Francisco, CA 94108-4502                   626 COMMERCE DRIVE
Greenville, SC 29603-0587                                                          AMHERST NY 14228-2307


MERRICK BANK CORP                   Money Lion LLC                                 NCB MANAGEMENT SERVICE
One Paces West                      PO Box 1647                                    1 ALLIED DR
Suite 1400                          Sandy, UT 84091                                TREVOSE, PA 19053-6945
Atlanta, GA 30327-2734


NTB/CBNA                            ONEMAIN                                        ONEMAIN
PO BOX 6497                         605 Munn Rd E                                  P.O. BOX 3251
SIOUX FALLS, SD 57117-6497          Fort Mill, SC 29715-8421                       EVANSVILLE, IN 47731-3251


OPPITY FIN                          Opp Loans                                      PALOS BANK & TRUST
11 E. ADAMS SUITE 501               130 E RANDOLPH ST STE 34                       11483 Merritton Ct
CHICAGO, IL 60603-6333              CHICAGO, IL 60601-6207                         Frankfort, IL 60423-5149


PENNYMAC LOAN SERVICES              PLAZA HOME MTG/DOVENMU                         (p)PNC BANK RETAIL LENDING
Po Box 514387                       1 CORPORATE DR STE 360                         P O BOX 94982
Los Angeles, CA 90051-4387          LAKE ZURICH, IL 60047-8945                     CLEVELAND OH 44101-4982


PennyMac Loan Services, LLC         PennyMac Loan Services, LLC                    (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Bankruptcy Department               c/o McCalla Raymer Leibert Pierce, LLC         PO BOX 41067
P.O. Box 2410                       Bankruptcy Department                          NORFOLK VA 23541-1067
Moorpark, CA 93020-2410             1 N. Dearborn Suite 1200
                                    Chicago, IL 60602-4337


Premier Bankcard, Llc               Presence Health                                Presence Saint Joseph Medical Center
Jefferson Capital Systems LLC Assignee   by American InfoSource as agent           2900 N Lake Shore Dr
Po Box 7999                         4515 N Santa Fe Ave                            Chicago, IL 60657-5640
Saint Cloud Mn 56302-7999           Oklahoma City, OK 73118-7901
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Reflex<br>PO BOX 31292<br>Tampa, FL 33631-3292 |
| SYNCB/ASHLEY HOMESTORE<br>7780 S Cicero Ave<br>Burbank, IL 60459-1583 | SYNCB/WALMAR<br>PO BOX 965024<br>ORLANDO, FL 32896-5024 | SYNCB/WALMART<br>Po Box 530927<br>Atlanta, GA 30353-0927 |
| Stoneberry<br>PO Box 740933<br>Dallas, TX 75374-0933 | Stoneberry<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TBOM/MILESTONE<br>PO BOX 4499<br>BEAVERTON, OR 97076-4499 | WEBBANK/FINGERHUT<br>7075 Flying Cloud Dr<br>Eden Prairie, MN 55344-3532 | WF/MATFIRM<br>PO BOX 14517<br>DES MOINES, IA 50306-3517 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 | Jamie Kashirsky<br>1416 Broadlawn Dr<br>Plainfield, IL 60586-5825 |
| Mark Kashirsky<br>1416 Broadlawn Drive<br>Plainfield, IL 60586-5825 | Michael Spangler<br>The Semrad Law Firm, LLC<br>20 S Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMO HARRIS BANK NA<br>PO Box 2035<br>Milwaukee, WI 53201 | CCS/FIRST NATIONAL BAN<br>500 E 60TH ST N<br>SIOUX FALLS, SD 57104 | FNB OMAHA<br>1620 DODGE ST<br>OMAHA, NE 68197 |
| First Financial Asset Mgmt<br>3091 Governors Lake Drive<br>Suite 500<br>Peachtree Corners, GA 30071 | JD Receivables LLC<br>PO Box 382656<br>Germantown, TN 38183 | M & T Bank<br>Bankruptcy Department<br>P.O. Box 840<br>Buffalo, NY 14240-0810 |

```
PNCBANK                              Portfolio Recovery Associates, LLC
2730 LIBERTY AVE                     PO Box 41067
PITTSBURGH, PA 15222                 Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Hampton Glen Master Operating Association,    (u)PennyMac Loan Services, LLC           End of Label Matrix
                                                                                          Mailable recipients   78
                                                                                          Bypassed recipients    2
                                                                                          Total                 80
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 28179 |
| Jamie Kashirsky and ) | |
| Mark Kashirsky, ) | HONORABLE LaShonda A Hunt |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

## MOTION AUTHORIZING DEBTORS TO ENTER INTO A LOAN MODIFICATION

Jamie Kashirsky and Mark Kashirsky, by and through Debtors' attorneys, The Semrad Law Firm, LLC, move this Honorable Court to enter an Order granting the Debtors permission to enter into a loan modification with PennyMac Loan Services LLC, and in support thereof state as follows:

1. On October 8, 2018, Debtors filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. That this Honorable Court confirmed Debtors' Chapter 13 plan on January 11, 2019.

3. Debtor Mark Kashirsky wishes to enter into a loan modification with PennyMac Loan Services, LLC for the property located at 1416 Broadlawn Drive, Plainfield, IL, 60586. Please see exhibit A for loan modification agreement.

4. The terms proposed by PennyMac Loan Services, LLC state that upon modification, the Debtor's loan will have a new unpaid principal balance of $175,625.52, with 3.75% fixed APR. Upon modification, principal and interest payments will be $813.47.

5. The foregoing constitutes sufficient grounds for this Court to enter an Order granting Mark Kashirsky permission to enter into the loan modification attached to this motion with PennyMac Loan Services, LLC.

Jamie Kashirsky and Mark Kashirsky, Debtors, respectfully request this Honorable Court to enter an Order (a) granting Debtor Mark Kashirsky permission to enter into the loan modification attached to this Motion with PennyMac Loan Services, LLC, and (b) for such other and further relief as this Court deems fair and just.

Respectfully Submitted,

 */s/ Michael Spangler*
Attorney for Debtor

The Semrad Law Firm, LLC
Attorney for Debtor
10 N Martingale Rd Suite 400
Schaumburg, IL 60173
(312) 913-0625